UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LERONALD LOPER, | ) |
| Petitioner, | ) ) |
| v. | ) No. 4:14CV1788 RLW |
| UNITED STATES OF AMERICA, | ) ) ) |
| Respondent. | ) ) |

## MEMORANDUM AND ORDER

This matter is before the Court on several motions filed by the Movant with respect to his Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody. The Court has thoroughly considered the motions.

Accordingly,

**IT IS HEREBY ORDERED** that Movant's Motion to File Amended Pleading (ECF No. 13) is **DENIED** as **MOOT**.

**IT IS FURTHER ORDERED** that the Amended Motion to Vacate, Set Aside, or Correct Sentence (ECF No. 14) is **WITHDRAWN** pursuant to Movant's Motion for Order Denying Assistant Public Defender's Motion to Amend (ECF No. 22) and the Order of January 25, 2017 (ECF No. 22).

**IT IS FURTHER ORDERED** that Petitioner's Motion to Stay and Hold in Abeyance § 2255 Petition Pending Certification to Proceed from Eighth Circuit (ECF No. 16) is **DENIED** as **MOOT**.

**IT IS FINALLY ORDERED** that Petitioner's Request for Supplemental Pleading to Original § 2255 Motion to Vacate, Set Aside, or Correct the Conviction and Sentence (ECF No. 23) is **GRANTED**.

Dated this 25th day of September, 2017.

*[signature: Ronnie L. White]*

**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**